

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| NOEL CASTILLO AND NORMA CASTILLO, | § | No. 08-22-00167-CV |
| Appellants, | § | On Appeal from the County Criminal Court at Law Number One El Paso County, Texas |
| | § | |
| MARIA MARTINEZ, | § | No. 2022-CCV00425 |
| Appellee. | § | |

# **O R D E R**

Pending before the Court is Appellant's motion requesting a stay of a writ of possession that is purportedly scheduled to be executed at 1:00 p.m. on September 2, 2022. Appellants' motion for stay was filed at 10:13 a.m. on September 2, 2022. The writ of possession is authorized by a final judgment of the County Criminal Court at Law Number One for a portion of the premises at 11121 Nueva Mission, Socorro, Texas that is used to board animals, and not the residence at that address. The final judgment set a $5,000 supersedeas bond to stay execution. Appellant's motion to stay does not claim that the supersedeas bond was posted or otherwise challenged, but instead relies on a prior bond used to appeal to the county court. The motion to stay does not state sufficient grounds to invoke this Court's discretion or authority to stay the proceedings below. The motion is DENIED.

IT IS SO ORDERED this 2nd day of September 2022.

PER CURIAM

Before Rodriguez C.J., Palafox and Alley, JJ.